**DeNITTIS OSEFCHEN PRINCE, P.C.**
Ross H. Schmierer, Esq. (RS7215)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
rschmierer@denittislaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSA DELUCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARKET STRATEGIES, INC.,<br><br>Defendant. | Case No.: 1:18-cv-04386-RMB-JS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action against Defendant in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

Dated: May 24, 2018

                                              **DeNITTIS OSEFCHEN PRINCE, P.C.**

                    By:     s/Ross H. Schmierer
                            Ross H. Schmierer, Esq. (RS7215)
                            525 Route 73 North, Suite 410
                            Marlton, NJ 08053
                            T:  (856) 797-9951
                            F:  (856) 797-9978
                            rschmierer@denittislaw.com